IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMISON WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:06CV536 |
| | ) | |
| V. | ) | |
| | ) | |
| CREIGHTON UNIVERSITY, CREIGHTON UNIVERSITY SCHOOL OF MEDICINE, M.D. CAM E. ENARSON, PH.D. MICHAEL KAVAN, PH.D WILLIAM B. JEFFRIES, PH.D. FLOYD KNOOP, PH.D KRISTEN DRESCHER, PH.D. MARGARET SCOFIELD, M.D. VIRGINIA C. AGUILA, ROBERT G. BONEBRAKE, M.D. ERICA K. CICHOWSKI, M.D. SADE KOSOKOLASAKI, PH.D. JOSEPH KNEZETIC, PH.D. THOMAS E. PISSARRI, M.D. HENRY A. SAKOWSKI II, and M.D. TERENCE L. ZACH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER SETTING HEARING |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's Request for Hearing on the Motion for a Temporary Restraining Order (Filing No. 6) is granted. A hearing on the Plaintiff's Motion for a Temporary Restraining Order shall commence on Thursday, August 10, 2006, at 1:30 p.m., before the undersigned in Courtroom No. 2, Roman L. Hruska, United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 9th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge