IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMISON WHITE, | ) | Case No. 8:06CV536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR |
| vs. | ) | LEAVE TO FILE AMENDED |
| | ) | MOTION TO DISMISS |
| CREIGHTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court, having considered the Defendants' Motion for Leave to file Amended Motion to Dismiss, finds that the Defendants' Motion should be granted.

 IT IS ORDERED:

1. The Motion for Leave (Filing No. 19) is granted;

2. The Defendants are granted leave to file an Amended Motion to Dismiss.

Dated this 29th day of September, 2006.

> BY THE COURT:
>
> s/Laurie Smith Camp
> United States District Judge