**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JAMISON WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:06CV536** |
| vs. | ) | |
| | ) | **ORDER** |
| CREIGHTON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on May 7, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **June 7, 2007, at 10:00 a.m.**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 7th day of May, 2007.

                              BY THE COURT:

                               s/Thomas D. Thalken
                              United States Magistrate Judge