# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMISON WHITE,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV536 |
| | ) | |
| vs. | ) | AMENDED[1] ORDER |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of David Domina and Domina Law Group, pc llo, counsel for the plaintiff (Filing No. 42). Mr. Domina states the plaintiff was notified of Mr. Domina's decision and was served a copy of the motion to withdraw. The court notes other counsel represents the plaintiff. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1.  The motion for leave to withdraw of David Domina and Domina Law Group pc llo (Filing No. 42) as counsel for the plaintiff is granted.
2.  The Clerk of Court shall stop all electronic notices to Mr. David Domina and Domina Law Group pc llo regarding this case.

DATED this 5th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] The previous Order [Filing No. 43] is amended from the defendant to the plaintiff.