IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMISON WHITE, | ) | CASE NO. 06CV536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CREIGHTON UNIVERSITY and | ) | |
| CREIGHTON UNIVERSITY SCHOOL | ) | |
| OF MEDICINE, | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum and Order filed today,

Judgment is entered in favor of the Defendants and against the Plaintiff, and the Complaint is dismissed with prejudice.

DATED this 3rd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge